FILED
AUG 1 0 2022
U.S. DISTRICT COURT
SUPPRESSED DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| v. ) | |
| ) | 4:22-CR-00451-RWS-SPM |
| DERRELL L. WARREN, JR., and ) | |
| ALEXANDRIA COLEMAN ) | |
| ) | |
| Defendants. ) | |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 18, 2021, in St. Louis County, within the Eastern District of Missouri,

**DERRELL L. WARREN, JR. and ALEXANDRIA COLEMAN**

the Defendants herein, aiding and abetting each other, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of Harbor Freight, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

### COUNT TWO

The Grand Jury further charges that:

On or about May 18, 2021, in St. Louis County, within the Eastern District of Missouri,

**DERRELL L. WARREN, JR. and ALEXANDRIA COLEMAN**

the Defendants herein, aiding and abetting each other, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the

United States, that is, obstruct, delay, or affect commerce by robbery as charged in Count One herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
CATHERINE M. HOAG, #67500MO
Assistant United States Attorney